<u>**UNPUBLISHED**</u>

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 12-7342**

JEROME JULIUS BROWN,

                    Plaintiff - Appellant,

          v.

STATE COMPTROLLER OF MARYLAND; PETER FRANCHOT, Comptroller,

                    Defendants - Appellees.

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Ellen L. Hollander, District Judge. (1:12-cv-01881-ELH)

Submitted:  February 4, 2013          Decided:  February 8, 2013

Before WILKINSON, NIEMEYER, and SHEDD, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Jerome Julius Brown, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerome Julius Brown appeals the district court's order dismissing his civil complaint. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. See Brown v. State Comptroller of Md., No. 1:12-cv-01881-ELH (D. Md. filed June 28, 2012; entered June 29, 2012). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED